

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2021

No. 04-20-00573-CV

**IN THE INTEREST OF M.L.U., D.L.U., A.L.U., CHILDREN,**
Appellants

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00819
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. Time is extended to March 1, 2021.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2021.

MICHAEL A. CRUZ, Clerk of Court